1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9 | JESS J. AMADOR,                                    CASE NO. 1:09-cv-00299-YNP PC

10 |                    Plaintiff,               ORDER TO SUBMIT APPLICATION TO
                                                PROCEED IN FORMA PAUPERIS OR PAY
11 |          v.                                 FILING FEE WITHIN 45 DAYS

12 | C.T.C. Staff At Pleasant Valley State Prison, et
al.,

13 |

14 |                    Defendants.

_____ /

15

16       Plaintiff Jess J. Amador ("Plaintiff") is a state prisoner proceeding pro se in this civil rights

17 | action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an

18 | application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

19       Accordingly, IT IS HEREBY ORDERED that:

20       Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

21 | attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

22 | the $350.00 filing fee for this action.  **No requests for extension will be granted without a**

23 | **showing of good cause.**

24       **Failure to comply with this order will result in a recommendation that this action be**

25 | **dismissed.**

26

27       IT IS SO ORDERED.

28    **Dated:  September 1, 2009**              /s/ **Gary S. Austin**

1

1                                                UNITED STATES MAGISTRATE JUDGE